# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                     :  NO. 323

                              :

APPOINTMENT TO THE DISCIPLINARY : DISCIPLINARY BOARD APPOINTMENT
BOARD OF PENNSYLVANIA           : DOCKET

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2024, Bryan S. Neft, Esquire, Allegheny County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term of five years, commencing April 1, 2024.